IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| AL-QAHIRA BAKRA, <br> Plaintiff, | Civil Action No. 7:16-cv-00380 |
| v. | **DISMISSAL ORDER** |
| TIMOTHY TRENT, et al <br> Defendant(s). | By: Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 20th day of September, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge